

## ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
### LAW OFFICES

**Sara Z. Boriskin, Esquire**
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

**James Robertson, Esquire\***
**Everett Anschutz, Esquire\*\***
**David J. Schneid, Esquire\*\***
**John T. Crane, Esquire\*\***

\* Deceased
\*\*Not Admitted to Practice in New York

5/10/2024

Hon. Thomas J. McAvoy
US District Court NDNY
*VIA PACER*

RE:   Foreclosure Action:   NATIONSTAR MORTGAGE LLC vs. MEIR BERNSTEIN AND NECHAMA BERNSTEIN, et al.
        Docket No.:              23-CV-00861

Dear Hon. McAvoy,

    Our office represents the Plaintiff in the above referenced matter. I am writing to inform you that the borrower is currently being reviewed for a Loss Mitigation. Accordingly, and in order to prevent a violation of dual tracking, Plaintiff respectfully requests that the pending Motion for Judgment of Foreclosure and Sale be held in abeyance until such time that it would be appropriate to proceed with the underlying foreclosure. In the event that the Court does agree to Plaintiff's request for abeyance, the undersigned Firm will notify the Court once the matter has been resolved and advise as to whether Plaintiff intends to proceed with the foreclosure.

    Should you have any questions or comments please do not hesitate to contact the undersigned.

Respectfully submitted,



Joseph Battista, Esq.

22-080754 - OIP