

**ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC**
LAW OFFICES

**Sara Z. Boriskin, Esquire**
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

James Robertson, Esquire*
Everett Anschutz, Esquire**
David J. Schneid, Esquire**
John T. Crane, Esquire**

* Deceased
**Not Admitted to Practice in New York

July 12, 2024

Honorable Thomas J. McAvoy and
Honorable Miroslav Lovric
Vis CM/ECF

**Re:** Nationstar Mortgage LLC v. Meir Bernstein, et al.
Civ. Case No.: 1:23-cv-00861-TJM-ML

Dear Honorable McAvoy & Lovric:

On May 10 the Court granted our application to hold plaintiff's judgment motion in abeyance due to loss mitigation efforts. Unfortunately, the loss mitigation efforts were not successful and plaintiff respectfully requests that the Court proceed with making a determination on the pending unopposed judgment motion.

Should you have any questions, please do not hesitate to contact our office.

Respectfully submitted,

Joseph F. Battista, Esq.